UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR ARIZA,

    Plaintiff,

vs.                                    CASE NO. 6:24-cv-02252-RBD-RMN

THE DONNA KARAN COMPANY
STORE LLC, d/b/a DKNY,
A foreign limited liability company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case, and respectfully request that the Court provide them twenty (20) days to submit a their dismissal document.

Dated: February 17, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By: _s/ Roderick V. Hannah_ | By: _s/ Pelayo M. Duran_ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP**
Counsel for Defendant

71 South Wacker, Suite 1600
Chicago, IL 60606

By: ___/s/ Nicholas J. Secco____
      NICHOLAS J. SECCO
      Fla. Bar No. 110091