**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VICTOR ARIZA,

    Plaintiff,

v.    Case No:   6:24-cv-2252-RBD-RMN

THE DONNA KARAN COMPANY
STORE LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the parties' Joint Notice of Settlement filed on February 17, 2025 (Doc. 18), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 19, 2025.

ROY B. DALTON, JR.
United States District Judge